[No. 5278.   Decided April 12, 1905.]

CITY OF BALLARD, *Appellant,* v. JOHN MCFARLANE
MITCHELL *et al., Respondents.*[1]

APPEAL AND ERROR—RECORD—OPENING STATEMENT OF COUNSEL—
REVIEW.   Where findings of fact are based upon the opening
statement of counsel, which is not preserved in the record, excep-
tions to the findings cannot be considered on appeal.

Appeal from a judgment of the superior court for King
county, Bell, J., entered April 7, 1904, upon findings in
favor of the defendants, after a trial on the merits before
the court without a jury, in an action to foreclose a lien
for street assessments.   Affirmed.

*John W. Whitham,* for appellant.

*William C. Keith,* for respondents.

Per CURIAM.—It appears from an examination of the
record in this case that the court below made its findings
of fact and conclusions of law, and entered its decree, upon
the opening statement of counsel for plaintiff.   Such open-
ing statement has not been preserved by a statement of
facts or bill of exceptions, and is not before us.   We there-
fore cannot consider the exceptions to the findings of fact.
*Johnson v. Spokane,* 29 Wash. 730, 70 Pac. 122.

The plaintiff's cause of action is founded on the same as-
sessment as was before this court in the case of *Ballard
v. Ross, ante,* p. 209, 80 Pac. 439, just decided.   The an-
swer contains the same affirmative defense as was consid-
ered and sustained in that case.   The court below found
the facts in accordance with the allegations of the affirm-
ative defense in the answer, and dismissed the action.
From the order of dismissal this appeal is taken.

On the authority of the case of *Ballard v. Ross, supra,*
the judgment is affirmed.

[1]Reported in 80 Pac. 440.